In the Matter of ERICH MILORD, Appellant, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent.

Submitted November 2, 2015; decided November 24, 2015

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 904 (2015)].

In the Matter of TEDDY ISRAEL MOORE (Admitted as ISRAEL TEDDY MOORE), a Disbarred Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Respondent.

Submitted October 13, 2015; decided November 24, 2015

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 961 (2015)].

RTN NETWORKS, LLC, Appellant, v TELCO GROUP, INC., et al., Respondents.

Submitted September 28, 2015; decided November 24, 2015

Motion, insofar as it seeks leave to appeal from the August 2015 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.